

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | |
| v. | | No. 1:20cr79 (5) |
| ASHLEY NICOLE MURRAY (5) | | Judge: Marcia Crone |

## FACTUAL BASIS

The government presents to the Court, by and through the undersigned Assistant United States Attorney in and for the Eastern District of Texas, joined by the defendant Ashley Nicole Murray, and the defendant's attorney Tom Berg, and presents this factual basis in support of the defendant's plea of guilty to Count One of the Indictment and in support thereof, would show the following:

1. That the defendant Ashley Nicole Murray, hereby stipulates and agrees to the truth of all matters set forth in this factual basis, and agrees that such admission may be used by the Court in support of her plea of guilty to Count One of the Indictment, alleging a violation of 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute a Detectable Amount of Methamphetamine, a Schedule II Controlled Substance.

2. That the defendant, Ashley Nicole Murray, who is pleading guilty to such Indictment, is one and the same person charged in the Indictment.

Factual Basis- Page 1

3. That the events described in the Indictment occurred in the Eastern District of Texas.

4. That had this matter proceeded to trial, the government, through the testimony of witnesses, including expert witnesses, and through admissible exhibits, would have proven, beyond a reasonable doubt, each and every essential element of the offense alleged in the Indictment; specifically, the government would have proven:

Beginning in 2018, the Drug and Enforcement Administration (DEA), the Bureau of Alcohol Tobacco, Firearms, and Explosives (ATF) and the Jasper Police Department (JPD) began an investigation into the Limbrick Drug Trafficking Organization (Limbrick DTO), operating out of Jasper, Texas, which is in the Eastern District of Texas.

On or about June 13, 2019, the Jasper Police Department conducted a controlled purchase of methamphetamine from A~~shely~~ [est ASHLEY] Nicole Murray (**Murray**). During an exchange of text messages between the CS and **Murray** on June 13, 2019, Murray indicated Johnathan Limbrick was in Houston, but that she could obtain methamphetamine for the CS from another source of supply. **Murray** directed the CS to meet her at the Lowe's hardware store parking lot in Jasper, Texas, which is located in the Eastern District of Texas. **Murray** arrived in the parking lot, exited a vehicle and provided the CS with a crystal substance appearing to be methamphetamine in exchange for $70 dollars. The CS provided the substance suspected to be methamphetamine to law enforcement officers. That

substance was sent to the Drug Enforcement Administration's (DEA) South Central Laboratory, and it determined the substance to be d-Methamphetamine Hydrochloride in the amount of 2.56 grams at a 97 percent purity, which is a Schedule II controlled substance.

On August 3, 2018, members of the Jasper Police Department conducted a controlled purchase of methamphetamine using a CS. The CS indicated to law enforcement that the CS purchases methamphetamine from Don Larkin. Under law enforcement surveillance the CS went to Don Larkin's residence, which is located in Jasper Texas, located within the Eastern District of Texas. **Murray** opened to the door to Larkin's residence, and CS informed **Murray** that the CS was there to purchase methamphetamine from Larkin. **Murray** called Larkin, and **Murray** then provided the CS with a clear crystal substance appearing to be methamphetamine in exchange for $80 dollars. That substance was turned over to law enforcement and sent to the DEA's South Central laboratory and it determined the substance to be d-Methamphetamine Hydrochloride in the amount of 3.233 grams at a 97 percent purity, which is a Schedule II controlled substance.

**Murray** admits that she agreed with two or more persons, directly or indirectly to possess with the intent to distribute methamphetamine; knowing that the agreement to possess with the intent to distribute methamphetamine was unlawful; and that she joined the agreement willfully, intending to further the possession with intent to distribute methamphetamine.

Murray's role in the conspiracy is limited to 5.8 grams grams of d-methamphetamine discussed in this factual basis.

DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

5. I have read this factual basis and stipulation and the Indictment or have had them read to me and have discussed them with my attorney. I fully understand the contents of this factual basis and stipulation and agree without reservation that it accurately describes the events and my acts.

Dated: 4/15/21

Ashely Nicole Murray
Defendant

DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

6. I have read this factual basis and stipulation and the Indictment and have reviewed them with my client, **Ashely Nicole Murray**. Based upon my discussions with the defendant, I am satisfied that the defendant understands the factual basis and stipulation as well as the Indictment and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 4/15/21

Tom Berg
Attorney for the Defendant

Respectfully submitted,

**Factual Basis- Page 4**

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
Russell James
Assistant United States Attorney
550 Fannin St
Suite 1250
Beaumont, Texas 77701
409/839-2538
409/839-2550 Fax
Texas Bar No. 24071416